UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

DERRICK ANDERSON,
*on behalf of himself and
all others similarly situated,*

        Plaintiff,

        -against-

FAIR PROMOTIONS INC.,

        Defendant.

---

Case No.: 17-cv-5564

NOTICE OF DISMISSAL
PURSUANT TO FRCP
41(a)(1)(A)(i)

**PLEASE TAKE NOTICE** that the claims of Plaintiff, DERRICK ANDERSON, are hereby dismissed without prejudice, in their entirety, as against Defendant, FAIR PROMOTIONS INC., pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Dated: December 28, 2017
       New York, New York

                      Lee Litigation Group, PLLC
                      30 East 39th Street, Second Floor
                      New York, NY 10016
                      Phone: (212) 465-1188

                      _____
                      C.K. Lee, Esq. (CL 4086)

SO ORDERED:

_____
U.S.D.J.